UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| A.W., | : | |
|     Plaintiff(s), | : | Case No.  2:25-cv-603 |
|     vs | : | Judge Marbley |
| Intown Properties V LLC, | : | Magistrate Judge Deavers |
|     Defendant(s). | | |

## **ENTRY OF DEFAULT**

It appears that the Defendant, P&S Shivam LLC, is in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Default is hereby entered against this Defendant on this 7th day of July, 2025.

                                                                     Richard W. Nagel, Clerk
                                                                     United States District Court
                                                                       Southern District of Ohio

                                                                       By: /s/Kevin W.
                                                                       Kevin W., Deputy Clerk